**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| SAMANTHA OBERHAUSEN, <br> and all others similarly situated, <br><br>     Plaintiffs, <br><br> v. <br><br> LABORATORY EXPRESS, INC., <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 2:26-cv-02132-SHL-atc |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
TO SERVE DEFENDANT**

Before the Court is Plaintiff Samantha Oberhausen's Motion for Enlargement of Time to Serve Defendant.  (ECF No. 11.)  Oberhausen seeks a forty-five-day extension to the May 11 deadline to serve Defendant Laboratory Express, Inc.  (Id. at PageID 37.)  She states that good cause exists for the extension because she "has diligently attempted to locate and serve the defendant's registered agent, but has been unable to do so."  (Id. at PageID 39.)  After four unsuccessful attempts to serve defendant's agent at the address recorded with the Tennessee Secretary of State, on April 28, Oberhausen submitted the service materials to the Secretary of State so that he could effect service on her behalf under Tennessee Code Annotated § 48-15-104(b).  (Id. at PageID 38.)  Thus, Oberhausen seeks the extension to give the Secretary of State time to process her request, send the materials via certified mail, and await the return receipt. (Id.)

For good cause shown, the Motion is **GRANTED**.  Oberhausen must file proof of service by **June 25, 2026**.

**IT IS SO ORDERED,** this 30th day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE